IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:10-CV-1466-ORL-18KRS

DAVID SENNING,

    Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLES
MANAGEMENT, LLC,

    Defendant.

_____/

## NOTICE OF CONSENT TO TRANSFER
## OF CASE TO OCALA DIVISION

NOW COMES the Plaintiff, DAVID SENNING, by and through his attorneys, and hereby consents to this action being transferred to the Middle District Court of Florida, Ocala Division.

    Respectfully submitted,
    **DAVID SENNING**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 22nd day of December, 2010, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Dale Golden, dale.golden@goldenscaz.com.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com