# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID SENNING,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1466-Orl-28KRS**

**CREDITORS INTERCHANGE**
**RECEIVABLES MANAGEMENT, LLC,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Notice of Consent to Transfer of Case to Ocala Division (Doc. 13), filed in response to an Order to Show Cause why this case should not be transferred to the Ocala Division of the Middle District of Florida (Doc. 12). Plaintiff resides in Lake County, Florida (Doc. 1). Accordingly, this case is transferred to the Ocala Division of the Middle District of Florida. The Clerk is directed to transfer this case to the Ocala Division and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3rd__ day of January, 2011.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge